United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECRETARY OF CONGRESS,<br><br>    Plaintiff(s),<br><br>    v.<br><br>DIAMOND BANKS,<br><br>    Defendant(s).<br>_____/ | No. C-11-01397-DMR<br><br>**REPORT AND RECOMMENDATION REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    Plaintiff filed a Complaint and an Application to Proceed *In Forma Pauperis* before this Court. *See* Docket Nos. 1 and 3. Plaintiff has not filed a consent or declination as to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). Under 28 U.S.C. § 1915(a), a court can allow a federal suit to be filed *in forma pauperis*, without prepayment of fees, "by a person who submits an affidavit... that the person is unable to pay such fees or give security therefor." Because Plaintiff has filed an affidavit adequately alleging that he is without the means to pay the filing fee in this action, the Court GRANTS Plaintiff's Application to Proceed *In Forma Pauperis*.

    Section 1915 requires a court to dismiss a complaint prior to service if it is frivolous or fails to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1126-27 (9th Cir. 2000) (en banc). Because Plaintiff is not represented by counsel, his Complaint is to be construed liberally, and the Court has the discretion to grant leave to amend

his Complaint upon dismissal. *See Hebbe v. Pliler*, 611 F.3d 1202, 1205 (9th Cir. 2010); *Lopez*, 203 F.3d at 1127-28. Where a *pro se* plaintiff is proceeding *in forma pauperis*, dismissal without leave to amend is appropriate only if it is clear that no amendment can cure the defect. *See Franklin v. Murphy*, 745 F.2d 1221, 1228 n.9 (9th Cir. 1984) (internal quotations and citation omitted).

All plaintiffs must allege an actual case or controversy under Article III of the United States Constitution. *See, e.g., In re Redic*, No. C 08-4199 MHP (pr), 2008 WL 4962689, at *1 (N.D. Cal. Nov. 19, 2008). Otherwise, a federal court has no power to entertain the suit. *See Warth v. Seldin*, 422 U.S. 490, 498 (1975). As presently drafted, the Complaint appears to be without merit in that it fails to set forth a cognizable claim. The Complaint contains little more than a caption, states no cause of action and appears only to reference a pending restraining order application in the Superior Court of California for the County of San Francisco. Accordingly, with nothing more than a vague reference to a state court proceeding over which this Court would not have jurisdiction, amendment would be futile and therefore the Court recommends that the Complaint be DISMISSED without prejudice and without leave to amend and that the Clerk be ordered to close the case file. The clerk is directed to reassign this case to a District Judge.

Dated: April 22, 2011

DONNA M. RYU
United States Magistrate Judge